IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**COREY M. TURNER**                                                                 **PETITIONER**

VS.                         CASE NO. 4:20CV01182 JM/PSH

**DEXTER PAYNE, Director of the**
**Arkansas Department of Correction**                           **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus with prejudice. The relief sought is denied. The certificate of appealability is denied.

IT IS SO ORDERED this 30th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE